WESSON et al. v. REEDY et al. (Circuit Court of Appeals, Ninth Circuit. May 19, 1903.) No. 884. Appeal from the District Court of the United States for the Second Division of the District of Alaska. W. V. Rinehart, Jr., C. S. Hannum, T. M. Reid, Alfred Sutro, and H. D. Pillsbury, for appellants. Samuel Knight, for appellees. . No opinion. Upon motion of counsel for appellees, cause dismissed, without prejudice to the right of the appellants to

prosecute a new appeal within the time allowed by law. Dismissed for failure of appellants to prosecute appeal with diligence and as required by the rules of the Circuit Court of Appeals and for the reason, among others, that rule 23 (90 Fed. cxxxvii, 31 C. C. A. cxxxvii), relative to printing the record, was not complied with.